# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | **4:12CR3114** |
| vs. | |
| JONATHON GRADY, | **ORDER** |
| Defendant. | |

Based on the evidence before the court, Defendant has violated the conditions of Defendant's supervised release by violating a protective order. After considering available options,

IT IS ORDERED that Defendant is released subject to the following:

1) Defendant shall appear at a revocation hearing to commence before the Honorable Richard G. Kopf, Senior United States District Judge, in Courtroom 2, United States Courthouse, Lincoln, Nebraska, at 1:00 p.m. on February 21, 2019.

2) The defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing, and the following additional conditions:

   a. When an opening becomes available, Defendant shall reside in the Residential Reentry Center, Dismas in Kearney, Nebraska (RRC), for a period of up to 180 days in the correctional component, to commence at the direction of the probation officer. Defendant shall observe the rules of that facility. Defendant may be discharged earlier

than 180 days by the probation officer if he is determined to be in full compliance with the conditions of supervision.

b. If the defendant is discharged from the RRC for any reason whatsoever, or leaves the premises of the facility without authorization, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court.

c. The probation officer assigned to this matter shall assist counsel with the preparation of the necessary paper work.

d. This order does not moot the pending petition for an offender under supervision.

3) When an opening becomes available at Dismas, Defendant Grady's brother will transport Defendant from the Saline County Jail in Wilber, Nebraska to Grand Island, Nebraska. From there, Defendant Grady will drive himself in his own car directly to Dismas.

4) Defense counsel shall communicate with the Marshal as to name of Defendant Grady's brother who will pick up Defendant at the jail, and the specific date and time of Defendant Grady's release to Dismas. If the Marshal needs an additional court order which provides the specific date and time for Defendant Grady's release, defense counsel shall contact Magistrate Judge Zwart and request such an order.

Dated this 17th day of December, 2018.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge